| | |
|---|---|
| 1 | RENE L. VALLADARES<br>Federal Public Defender |
| 2 | State Bar No. 11479<br>RAQUEL LAZO |
| 3 | Assistant Federal Public Defender<br>411 E. Bonneville Avenue, Suite 250 |
| 4 | Las Vegas, Nevada 89101<br>(702) 388-6577 |
| 5 | (Fax) 388-6261 |

Attorneys for Matthew James Stewart

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW JAMES STEWART,<br><br>Defendant. | 2:10-cr-00564-LDG-LRL<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Matthew James Stewart.

DATED this the 21 day of October, 2011.

_____
DISTRICT COURT JUDGE